**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
Adam DeBow, SBN 305809
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481 • FAX: 916.927.3706

Bruce S. Alpert, SBN 75684
OFFICE OF THE COUNTY COUNSEL
COUNTY OF BUTTE
25 County Center Drive, Suite 201
Oroville, CA 95965
TEL: 530.538.7621 • FAX: 530.538.6891

Attorneys for Defendant, COUNTY OF BUTTE

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROL CRANE,<br><br>            Plaintiff,<br><br>v.<br><br>COUNTY OF BUTTE, TIMOTHY HILL former Butte County Correctional Officer; KORY L. HONEA, Butte County Sheriff-Coroner, DOES 1-20,<br>            Defendants.<br>_____/ | CASE NO.: 2:16-cv-01030-TLN-CMK<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  3/16/15 |

Plaintiff CAROL CRANE and Defendant COUNTY OF BUTTE HEREBY STIPULATE AND AGREE that Defendant COUNTY OF BUTTE and all other Defendants may have until August 20, 2016, to file a responsive pleading to Plaintiff's Complaint. This extension will allow all parties the opportunity to conduct a settlement conference on August 5, 2016 in front of United States Magistrate Judge Kendall J. Newman. This is the first stipulation for an extension of time between the parties.

///

///

{01561491.DOCX}                                                      1
**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED AND AGREED.**

Dated:  June 21, 2016     PORTER SCOTT
                          A PROFESSIONAL CORPORATION


                          By __/s/ Stephen E. Horan
                               Stephen E. Horan
                               Adam DeBow
                               Attorneys for Defendant
                               COUNTY OF BUTTE


Dated: June 20, 2016      LAW OFFICE OF STEWART KATZ


                          By _/s/Stewart Katz (Authorized 6/20/16)
                               Stewart Katz
                               Attorney for Plaintiff
                               CAROL CRANE

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{01561491.DOCX}                    2
**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**ORDER**

IT IS ORDERED, that Defendant, BUTTE COUNTY and ALL OTHER DEFENDANTS are granted an extension of time until August 20, 2016 to file a responsive pleading to Plaintiff's complaint.

Dated: June 21, 2016

_____
Troy L. Nunley
United States District Judge