| | |
|---|---|
| **LAW OFFICE OF STEWART KATZ**<br>STEWART KATZ, State Bar #127425<br>555 University Avenue, Suite 270<br>Sacramento, California 95825<br>Telephone: (916) 444-5678 | **PORTER SCOTT**<br>**A PROFESSIONAL CORPORATION**<br>Stephen E. Horan, SBN 125241<br>Adam DeBow, SBN 305809<br>350 University Avenue, Suite 200<br>Sacramento, California 95825<br>TEL: 916.929.1481 • FAX: 916.927.3706 |
| **LAW OFFICE OF KRISTA C. GEDDES**<br>KRISTA GEDDES, State Bar #288657<br>2261 Saint George Lane, Suite F<br>Chico, CA 95926<br>Telephone: (530) 774-2359<br>*Attorneys for Plaintiff* | **OFFICE OF THE COUNTY COUNSEL**<br>**COUNTY OF BUTTE**<br>Bruce S. Alpert, SBN 75684<br>25 County Center Drive, Suite 201<br>Oroville, CA 95965<br>TEL: 530.538.7621 • FAX: 530.538.6891<br>*Attorneys for Defendant, COUNTY OF BUTTE* |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL CRANE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF BUTTE; TIMOTHY HILL, former Butte County Correctional Officer; KORY L. HONEA, Butte County Sheriff-Coroner; and DOES 1-20.<br><br>　　　　Defendants.<br>_____/ | NO. 2:16-cv-01030-TLN-CMK<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff CAROL CRANE and Defendants COUNTY OF BUTTE, TIMOTHY HILL, and KORY L. HONEA, by and through their undersigned counsel, that any and all claims against Defendants COUNTY OF BUTTE, TIMOTHY HILL, and KORY L. HONEA be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Each party is to bear its/their own fees and costs, including all attorneys' fees.

Stipulation for Dismissal; Order                                                                                                    1

| | | |
|---|---|---|
| 1 | Dated: September 2, 2016 | LAW OFFICE OF STEWART KATZ |
| 2 | | /s/ Stewart Katz |
| 3 | | STEWART KATZ, |
| 4 | | Attorneys for Plaintiff |
| 5 | Dated: September 2, 2016 | LAW OFFICE OF KRISTA C. GEDDES |
| 6 | | |
| 7 | | /s/ Krista C. Geddes |
| | | KRISTA C. GEDDES |
| 8 | | Attorneys for Plaintiff |
| 10 | Dated:  September 2, 2016 | PORTER SCOTT |
| 11 | | A PROFESSIONAL CORPORATION |
| 12 | | /s/ Stephen H. Horan |
| | | STEPHEN H. HORAN |
| 13 | | ADAM DeBOW |
| 14 | | Attorneys for Defendant |
| | | COUNTY OF BUTTE |

**ORDER DISMISSING ACTION**

**IT IS SO ORDERED.**  This action against Defendants COUNTY OF BUTTE, TIMOTHY HILL, and KORY L. HONEA is dismissed with prejudice.  All parties to bear its/their own attorneys' fees and costs.

Dated: September 6, 2016

_____
Troy L. Nunley
United States District Judge